USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.P.W.,

Plaintiffs,

-against-

Nevins, *et al.*,

Defendants.

26 CV 6900 (NSR)

ORDER
TO REMAND

NELSON S. ROMÁN, United States District Judge:

Plaintiff commenced this action in New York Supreme Court, Orange County. On August 12, 2026, Defendant Juliet M. Nevins, M.D. removed the action to this Court. Thereafter, the United States was substituted as Defendant in place of Dr. Nevins, and Plaintiff's claims against the United States were dismissed without prejudice. (ECF No. 10.)

On September 9, 2026, Plaintiff requested that this action be remanded to New York Supreme Court on the ground that, following dismissal of the United States, no basis for federal jurisdiction remained. (ECF No. 11.) The remaining Defendants subsequently responded to Plaintiff's request and consented to remand. (ECF No. 13.) Accordingly, because no basis for federal subject matter jurisdiction remains and the parties' consent to remand, Plaintiff's request is GRANTED. This action is hereby remanded to the Supreme Court of the State of New York, Orange County.

SO ORDERED.

Dated: September 18, 2026
White Plains, NY

______________________
NELSON S. ROMÁN
United States District Judge